FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 OCT 19  AM 11: 49

DISTRICT OF UTAH
MAIL

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

\* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | Case No. 08-23130 WTT |
| RYAN CLUFF SLEATER | ) | Chapter 7 |
| TIFFANY TAYLOR SLEATER | ) | |
| | ) | NOTICE OF PAYMENT OF |
| Debtor (s) | ) | FUNDS INTO THE REGISTRY |
| | ) | |
| | ) | |

\* \* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On October 13, 2011, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained three (3) claims which were under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4438220856.

3

4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

|                |                                           |
|----------------|-------------------------------------------|
| Claim No.:     | 5                                         |
| Claimant:      | The Living Scriptures                     |
|                | 3625 Harrison Blvd.                       |
|                | Ogden, UT 84403                           |
| Claim Amount:  | $249.23                                   |
| Distribution:  | $2.11                                     |
|                |                                           |
| Claim No.:     | 10                                        |
| Claimant:      | Preventive Pest Control                   |
|                | 8385 South Allen Street, #134             |
|                | Sandy, UT 84070                           |
| Claim Amount:  | $120.83                                   |
| Distribution:  | $1.02                                     |
|                |                                           |
| Claim No.:     | 14                                        |
| Claimant:      | GE Money Bank                             |
|                | c/o Recovery Management Systems Corp.     |
|                | dba Old Navy                              |
|                | 25 SE 2nd Avenue, Suite 1120         |
|                | Miami, Fl 33131                           |
| Claim Amount:  | $431.28                                   |
| Distribution:  | $3.65                                     |

5. A check in the amount of $6.78 representing the foregoing claims has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: __10-17-2011__

_____
J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the _15th_ day of _October_ , 2011:


THE LIVING SCRIPTURES
3625 HARRISON BLVD.
OGDEN, UT 84403

PREVENTIVE PEST CONTROL
8385 SOUTH ALLEN STREET, #134
SANDY, UT 84070

GE MONEY BANK
c/o RECOVERY MANAGEMENT SYSTEMS CORP.
dba OLD NAVY
25 SE 2nd AVENUE, SUITE 1120
MIAMI, FL 33131


_Melanie Valdurama_